____ FILED   ___ ENTERED
____ LOGGED   ____ RECEIVED

3:48 pm, Oct 24 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JRR-22-448 |
| IGOR YASINOV, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## VERDICT FORM

As to COUNT ONE of the Indictment, the assault of Nina Rizer, how do you find the defendant, IGOR YASINOV?

Not Guilty _____     Guilty ___X._____

As to COUNT TWO of the Indictment, the assault of Dorian Johnson, how do you find the defendant, IGOR YASINOV?

Not Guilty _____     Guilty ___X._____

As to COUNT THREE of the Indictment, the assault of Michael Camacho, how do you find the defendant, IGOR YASINOV?

Not Guilty _____     Guilty ___X._____

As to COUNT FOUR of the Indictment, the assault of Robert Watkins, how do you find the defendant, IGOR YASINOV?

Not Guilty _____     Guilty ___X._____

The foregoing constitutes the unanimous verdict of the jury.

10/24/2024
Date

**SIGNATURE REDACTED**