# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517

WWW.CA4.USCOURTS.GOV

| | |
|---|---:|
| NWAMAKA ANOWI | TELEPHONE |
| CLERK | (804) 916-2700 |

November 5, 2024

Catherine M. Stavlas, Clerk
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:   **USA v. Igor Yasinov**
            1:22-cr-00448-JRR-1

Dear Clerk:

Review of the district court docket discloses that the district court has not yet entered judgment in this case. Under Fed. R. App. P. 4(b)(2), a notice of appeal filed after a decision, sentence, or order is announced but before judgment is entered, is treated as filed on the date of and after entry of judgment.

This court will treat the notice of appeal as filed as of the date the district court enters its judgment and will docket the appeal following entry of judgment. Please notify this court upon entry of the judgment.

                                    Yours truly,

                                    */s/ Ashley Brownlee*

cc:   Marc Gregory Hall
       Michael F. Aubin
       Jacob Gordin